No. 72–1359. HEFFERNAN v. THOMS. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Spence* v. *Washington, ante,* p. 405, and *Steffel* v. *Thompson,* 415 U. S. 452. (1974). MR. JUSTICE WHITE and MR. JUSTICE REHNQUIST dissent and, without further briefing and oral argument, would reverse the judgment for the reasons stated in Part I of MR. JUSTICE WHITE's dissenting opinion in *Smith* v. *Goguen,* 415 U. S. 566, 591 (1974), and in MR. JUSTICE REHNQUIST's dissenting opinion in *Spence* v. *Washington, ante,* p. 416.

No. 72–1509. PORTER v. GUAM PUBLICATIONS, INC., ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gertz* v. *Robert Welch, Inc., ante,* p. 323. MR. JUSTICE WHITE would affirm the judgment on the ground that the publication was privileged under the laws of Guam.

No. 73–787. GROSSMAN v. STRIEPEKE, SHERIFF. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Taylor* v. *Hayes, ante,* p. 488.

No. 73–1247. BAXTER ET AL. v. PALMIGIANO. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Wolff* v. *McDonnell, ante,* p. 539.